## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | |
|---|---|
| JEFF PAULES,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>) **Case No.: 8:18-cv-02448-GJH**<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SETTLEMENT

Plaintiff, JEFF PAULES, ("Plaintiff"), through his attorney, The Law Firm of Michael Alan Siddons, Esquire, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED: October 8, 2018

　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　By: /s/ Michael A. Siddons
　　　　　　　　　　　　　　Michael A. Siddons
　　　　　　　　　　　　　　Attorney #89018
　　　　　　　　　　　　　　The Law Firm of Michael Alan Siddons, Esquire
　　　　　　　　　　　　　　230 N. Monroe Street
　　　　　　　　　　　　　　PO Box 403
　　　　　　　　　　　　　　Media, PA 19063
　　　　　　　　　　　　　　Tel: 410-705-0970
　　　　　　　　　　　　　　msiddons@siddonslaw.com
　　　　　　　　　　　　　　Attorney for Plaintiff


## **CERTIFICATE OF SERVICE**

On October 8, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Brian Tretter, at btretter@choicehomewarranty.com.

By: /s/ Michael A. Siddons
Michael A. Siddons