UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| JEFF PAULES, <br><br> Plaintiff, <br> v. <br><br> CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY, <br><br> Defendant. | Case No.: 8:18-cv-02448-GJH |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, JEFF PAULES, ("Plaintiff"), through his attorney, The Law Firm of Michael Alan Siddons, Esq., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY.

DATED: December 7, 2018

Respectfully submitted,

By: /s/ Michael A. Siddons
    Michael A. Siddons
    Attorney #89018
    The Law Firm of Michael Alan Siddons, Esquire
    230 N. Monroe Street
    PO Box 403
    Media, PA 19063
    Tel: 410-705-0970
    msiddons@siddonslaw.com
    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      On December 7, 2018, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Brian Tretter, at btretter@choicehomewarranty.com.

                             By: /s/ Michael A. Siddons
                                    Michael A. Siddons